Your Name: _Louise Vaughn_

Address: _4800 3rd St S.F. CA_

Phone Number: _(415) 970-1065_

Fax Number: _____

E-mail Address: _____

Pro Se Plaintiff

FILED
2015 DEC 10 P 3: 09
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

**United States District Court**

Northern District of California

EDL

_Louise Vaughn_

_____

Plaintiff(s),

vs.

_Sotheby's International Realty_

_____

_____

_____

_____

Defendant(s).

Case Number: **15 5649**

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐  No ☐

1. **Parties in this Complaint**

a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

Name: _Louise Vaughn_

Address: _4800 Third St. #202_

_San Francisco, CA. 94124_

Phone number: _(415) 970-1065_

COMPLAINT

PAGE _1_ OF _6_ [JDC TEMPLATE]

1

2

3

4

      b.  **Defendant(s).**  *Write the full name and address of every defendant.  If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business.  Use more pages if you need to.*

**Defendant 1:**

5

Name: Sotheby's International Realty

6

Address: 117 Greenwich St,

7

San Francisco, CA. 94111

8

**Defendant 2:**

9

Name:_____

10

Address:_____

11

_____

12

**Defendant 3:**

13

Name:_____

14

Address:_____

15

_____

16

**Defendant 4:**

17

Name:_____

18

Address:_____

19

_____

20

    2.  **Jurisdiction**

21

    *Usually, only two types of cases can be filed in federal court: cases involving "federal*

22

*questions" and cases involving "diversity of citizenship."  Check at least one box.*

23

  ☒    My case belongs in federal court under <u>federal question jurisdiction</u> because it is

24

about federal law(s) or right(s).

25

*Which law(s) or right(s) are involved?*  Fair Housing Act, Title VIII

26

Of the Civil Rights Act of 1968 (42 U.S.C. 3601)

27

  ☐    My case belongs in federal court under <u>diversity jurisdiction</u> because none of the plaintiffs

28

live in the same state as any of the defendants <u>AND</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 2 OF 6 [JDC TEMPLATE]

### 3. Venue

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because *The incident occured in San Francisco*

### 4. Intradistrict Assignment

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.*

This lawsuit should be assigned to [*Select one:* San Francisco/Oakland, San Jose, OR Eureka] Division of this Court because _____

*San Francisco*

### 5. Statement of Facts and Claims

*Write a short and simple description of the facts of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

COMPLAINT

PAGE *3* OF *6* [JDC TEMPLATE]

1  *paragraph, starting with 5a, 5b, and so on.  Attach additional sheets of paper as necessary.  You*

2  *may attach documents that support your claims to the end of this Complaint as exhibits.  Explain*

3  *what each exhibit is, when and how you got it, and how it supports your claims.  Attaching a*

4  *document to your Complaint does not necessarily mean that it will be accepted as evidence.*

5  5A. As A protected Class African American and

6  Christian, between the the open of the Housing site

7  at 4800 Third Street San Francisco. I was denied

8  the opportunity along with my daughter (Teresa Warren)

9  to submit an application, By Linda Harrison I viewed

10  the Site on a Sunday after Church when the

11  open House Was opened to the public, at the time

12  it was unoccupied I believe it was some time

13  in 2010 or 2011. I call a few days after viewing them.

14  Linda Harrison was the person I spoke with.

15  I told her I would love to have a unit there

16  to be Near my Church on Oakdale Ave, and that

17  I was a Senior citizen, and would like to know how to

18  qualify? She (Miss Harrison) said " I would have to

19  to make $96,000 per yr to qualify, which meant I could not

20  qualify in my mind.

21

22  5B, Linda Harrison's, false information was an

23  outrageous error that caused my family greatly, harm

24  and almost achieved her goal of preventing us

25  from being a part of the Community, A community where

26  before the Civil Rights act. of 1968 was the only area

27  African American Could freely rent or purchase into, Because of

28  the overt effort of Redlineing by Realty Company + Banks

COMPLAINT

PAGE 4 OF 6 [JDC TEMPLATE]

1  5c. The Hurt and pain caused by such mean and cruel
2  rejection is inconcievable when there was no doubt
3  in my mind after all that's changed for so many
4  discrimination has become the main focus on African American
5  to achieve the gentification in areas where we once
6  could have a small economy. And the hurt and pain is
7  more severe when people who benifited by the blood-
8  shed of so many before us are many times heads
9  that effort. I continued to search for affordable housing
10 year after year because of what she (Linda Harrison
11 had done to us. But for some reason I called
12 (Linda Harrison) again. She told me again "I needed to
13 make $96,000 per. yr. to qualify"
14 But my youngest daughter (Terri) had came from an
15 appointment and heard the conversation we were having
16 (miss Harrison & Myself) she (Terri) said "I can't believe
17 anyone making $96,000 a year would want to live there."
18 I called again and finally spoke with (Michael Simmons)
19 He "said my daughter and could qualify with about
20 $30,000 and he would get us in" he was nice and
21 respectiful and connected me with the right person to get
22 our application started, I talked with him on
23 December 18th or so 2014. At that time there were only
24 about 3 units left out of the 18 originals and no
25 parking space were avaliable. I was not allowed to
26 apply earlier because of Linda Harrison an agent
27 of Sotheby's International Realty.
28

COMPLAINT
PAGE 5 OF 6 [JDC TEMPLATE]

1

## 6. Demand for Relief

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

My family and myself should be compensated for <s>full</s> punitive damages from Sotheby's International Realty because (Linda Harrison) was there agent and somehow they overlooked her action. That caused great pain and suffering. The stress of representing myself in this action is a hardship who was only looking for a place to live near my church, and was decieved for almost 4 years. (2) a parking space and 1st in line for me or a family member if any unit vacates.

## 7. Demand for Jury Trial

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☒    Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: 12/10/2015   Sign Name: *Louise Vaughn*

Print Name: Louise Vaughn

COMPLAINT
PAGE 6 OF 6 [JDC TEMPLATE]