UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE VAUGHN,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>SOTHEBY'S INTERNATIONAL REALTY,<br><br>　　　　　Defendant. | Case No. 15-cv-05649-EDL<br><br>**ORDER TO SERVE NEW DEFENDANT**<br><br>Re: Dkt. No. 29 |

The Court has previously granted Plaintiff's application to proceed in forma pauperis and held a case management conference during which case deadlines were set. Plaintiff timely filed an Amended Complaint on May 12, 2016 in which she added a new Defendant to this action, David J. Sobel. The Clerk of Court shall issue the summons as to this Defendant. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendants.

**IT IS SO ORDERED.**

Dated: May 25, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge