KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
*ggilchrist@kilpatricktownsend.com*
STEVEN SURACHMAN (State Bar No. 301077)
*ssurachman@kilpatricktownsend.com*
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff LOUISE VAUGHN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISE VAUGHN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOTHEBY'S INTERNATIONAL REALTY, et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-05649-EDL<br><br>**PLAINTIFF LOUISE VAUGHN'S AMENDED NOTICE OF MOTION TO ENFORCE SETTLEMENT**<br><br>Date:　　　February 10, 2017<br>Time:　　　9:00 a.m.<br>Location:　Courtroom E<br>Judge:　　　Hon. Elizabeth D. Laporte |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Plaintiff Louise Vaughn's Motion to Enforce Settlement |
| 3 | (Dkt No. 61) previously noticed to be heard on February 7, 2017, is now hereby being re-noticed to |
| 4 | be heard on **Friday**, February 10, 2017 at 9:00 a.m., or as soon thereafter as the matter may be |
| 5 | heard before the Honorable Elizabeth D. Laporte, in Courtroom E of the United States District court |
| 6 | for the Northern District of California, San Francisco Division, Plaintiff Louise Vaughn will and |
| 7 | hereby does move to enforce the oral settlement agreement reached by the parties and recited on the |
| 8 | record at the in-court settlement conference held before Magistrate Judge Maria-Elena James on |
| 9 | October 4, 2016. |

Dated: January 18, 2017        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Steven Surachman*
STEVEN SURACHMAN

Attorneys for Plaintiff LOUISE VAUGHN

69053908V.1